In The United States District Court

Victor Apodaca,
        Plaintiff

Vs

State Of New Mexico
Adult Probation And Parole
Wesley Hatley And Susan
Pautler et, al, in their
individual and official capacity,
        Defendants

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB - 4 2013

MATTHEW J. DYKMAN
CLERK

CV-13-113

## Complaint

This is a Civil Rights complaint pursuant to 42 USC § 1983 against the defendants in the above caption. For deprivation of the plaintiffs Federal Constitutional Rights under the 4th and 8th. Acting in under color of law and acting State Law which does entitle the Plaintiff to relief for violation of Constitutional Rights is support:

### Jurisdiction Venue

The courts Jurisdiction is hereby invoked pursuant to 28 USC § (1341(s), 48 USC 1983 U.S. Citizen and cause of action arose in the State of New Mexico.

# Complaint

On September 7, 2012 the defendants Wesley Hutley and Susan Pautler of the Adult Probation and Parole did a home visit of plaintiff Victor Apodaca. Wes Hutley took it upon himself to open and enter in the resident without permission or a warrant. The home belonging to Misty Apodaca and Amanda Bibbs, even though probation officers have the right to a limited search they should not have entered without permission of plaintiff or the home owners. The defendants violated not only state laws also the 4th Amendment to the Constitution. The whole search was illegal.

While I was arrested in handcuffs on the ground defendants Wesley Hutley used excessive force by kneeling down on my legs, and bending my knees forcing my ankles to my buttocks. As a result he completely tore my ACL and fully tore my Meniscis along with other medical injuries to my knee. I repeatedly requested for medical aid on scene but was denied. I was then shackled and forced in a Clovis Police Car being told to shut the f—k up then transported to Curry County Adult Detention Center. Wesley Hutley inflicted cruel and unusal punishment.

Relief Sought

Due to Constitutional Rights and State Laws Plaintiff prays this Honorable Court would allow a trial and the sum of $90,000 from each defendant or what this Court deems just or proper.

By: *[signature]*
pro se  Victor Apodaca,

RECEIVED
At Albuquerque NM
FEB 04 2013
MATTHEW J. DYKMAN
CLERK

PM
02 FEB

United States District Court
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas Blvd. NW
Albuquerque, New Mexico
87102

Victor Apodaca
801 Mitchell
Clovis NM
88101-6317