**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**VICTOR APODACA,**

    **Plaintiff,**

**v.**                                                                **Case No. 13-cv-0113 JB/SMV**

**STATE OF N.M. ADULT**
**PROBATION AND PAROLE, et al.,**

    **Defendants.**

**ORDER TO CURE DEFICIENCY**

Plaintiff submitted a civil rights complaint. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee.**

    X    No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)    X    is not filed
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    ___    is not on proper form (must use current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    An original and a copy have not been received by the Court. Only an original has been received.
(9)    ___    other _____

**III. Complaint, Petition or Application**:

(1) __ is missing
(2) __ is not on proper form (must use our form Rev. 5/96)
(3) __ is missing an original signature by the prisoner
(4) __ is missing page nos. __
(5) __ uses et al. instead of listing all defendants/respondents
(6) __ An original and a copy have not been received by the Court. Only an original has been received.
(7) __ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) __ names in caption do not match names in text
(9) __ other _____

Papers filed in response to this order must include the civil action number (Case No. 13-cv-113 JB/SMV) of this case. Failure to cure the designated deficiencies within 30 days from the date of this order may result in dismissal of this action without further notice.

  **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff cure the deficiencies designated above within 30 days from the date of this order;

  **IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: two copies each of an Application to Proceed Without Prepaying Fees or Costs and Financial Certificate.

  **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

2