IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICTOR APODACA,

    Plaintiff,

v.                                                                                         No. 13-cv-0113 JB/SMV

STATE OF N.M. ADULT PROB. & PAROLE, et al.,

    Defendants.

## ORDER GRANTING MOTION FOR EXTENSION AND TO SHOW CAUSE

THIS MATTER is before the Court sua sponte and on Plaintiff's letter-motion for extension of time [Doc. 4]. By Order entered on February 7, 2013, the Court required Plaintiff to pay the filing fee or move for leave to proceed in forma pauperis. [Doc. 2]. On March 7, 2013, Plaintiff stated that he had just received the order and requested an extension of time to comply. [Doc. 4] at 1. To date, he has not cured the deficiency. Plaintiff's failure to comply with the Court's order and statutory requirements, or to show cause for excusing the failure, constitutes grounds for dismissing his complaint. *See Baker v. Suthers*, 9 F. App'x 947, 950 (10th Cir. June 5, 2001) (unpublished). Failure to cure the specified deficiency may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's letter-motion for extension of time [Doc. 4] is **GRANTED** and, within 14 days of entry of this Order, Plaintiff shall cure the deficiency noted above or show cause why the Complaint should not be dismissed.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**