IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VICTOR APODACA,**

    **Plaintiff,**

**v.**                                                                                                       No. 13-cv-0113 JB/SMV

**STATE OF N.M. ADULT**
**PROB. & PAROLE, et al.,**[1]

    **Defendants.**

## ORDER TO ANSWER

THIS MATTER is before the Court sua sponte. On order by the Court, a deputy with the United States Marshals Service personally served Defendants Hillis and Lueras on July 30, 2014. [Docs. 36, 37]. To date, neither Defendant Hillis nor Defendant Lueras has filed an answer. Pursuant to 42 U.S.C. § 1997e(g)(2), the Court will order Defendants Hillis and Lueras to file pleadings responsive to the complaint within 30 days. Failure to timely file responsive pleadings may lead to sanctions.

**IT IS THEREFORE ORDERED** that Defendants Hillis and Lueras shall file pleadings responsive to the complaint **within 30 days**.

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of this order along with copies of the original Complaint [Docs. 1, 3, 9] and the Memorandum Opinion and Order

---

[1] On February 13, 2014, the Court dismissed several Defendants. Only the following remain: Wesley Hatley, Susan Pautler, Doctor Timothy Hillis, and Nurse Nancy Lueras. [Doc. 22].

[Doc. 22] to Defendant Hillis.  The Clerk shall separately mail copies of the documents to Defendant Lueras.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**