IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VICTOR APODACA,**

   **Plaintiff,**

v.  No. 13-cv-0113 JB/SMV

**STATE OF N.M. ADULT
PROB. & PAROLE, et al.,**[1]

   **Defendants.**

### ORDER QUASHING ORDER TO SHOW CAUSE, DIRECTING CLERK TO MAIL [DOC. 46], AND ORDERING DEFENDANTS HILLIS AND LUERAS TO MAIL CERTAIN DOCUMENTS

THIS MATTER is before the Court on the Court's Order to Show Cause [Doc. 49] and Plaintiff's Notice of Change of Address [Doc. 50]. The Court ordered Plaintiff to notify the Clerk in writing of his current address, or otherwise show cause why this action should not be dismissed, by February 10, 2015. [Doc. 49]. On January 23, 2015, Plaintiff notified the Clerk in writing of his current address. [Doc. 50]. Plaintiff has therefore complied with the Court's order. The Court reminds Plaintiff that he is obligated to notify the Court in writing of any change of his address in the future. *See* D.N.M.LR-Civ 83.6.

**IT IS THEREFORE ORDERED** that the Order to Show Cause [Doc. 49] is **QUASHED**; and the Clerk is **DIRECTED** to send [Doc. 46] to Plaintiff at his current address;

---

[1] On February 13, 2014, the Court dismissed several Defendants. Only the following remain: Wesley Hatley, Susan Pautler, Doctor Timothy Hillis, and Nurse Nancy Lueras. [Doc. 22].

**IT IS FURTHER ORDERED** that Defendants Hillis and Lueras send a HIPPA-complaint medical records authorization form, along with a self-addressed stamped envelope for Plaintiff to return the authorization, as required by [Doc. 46], to Plaintiff at his current address. Defendants Hillis and Lueras shall send these documents within **10 days** of the filing of this Order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**